Matter of Letizia v Annucci (2024 NY Slip Op 03223)

Matter of Letizia v Annucci

2024 NY Slip Op 03223

Decided on June 13, 2024

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:June 13, 2024

CV-23-1941
[*1]In the Matter of Salvatore Letizia, Petitioner,
v
Anthony J. Annucci, as Acting Commissioner of Corrections and Community Supervision, Respondent.

Calendar Date:May 24, 2024

Before:Garry, P.J., Pritzker, Lynch, Reynolds Fitzgerald and Mackey, JJ.

Salvatore Letizia, Cape Vincent, petitioner pro se.
Letitia James, Attorney General, Albany (Kate H. Nepveu of counsel), for respondent.

Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent finding petitioner guilty of violating certain prison disciplinary rules.
Determination confirmed. No opinion.
Garry, P.J., Pritzker, Lynch, Reynolds Fitzgerald and Mackey, JJ., concur.
ADJUDGED that the determination is confirmed, without costs, and petition dismissed.